FILED
2/17/17 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Mark R. Sturges | : | Case No. 16-22722-GLT : |
| | : | Chapter 13 |
| Debtors | : | Related to Document # 37, 34 and 30 |

**CONSENT ORDER MODIFYING PLAN CONFIRMATION ORDER**

NOW, this 17th day of February, 2017, upon an agreement reached between the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED that the February 3, 2017 order confirming the debtor's chapter 13 plan is amended to show the date of the confirmed plan as December 18, 2016 (Document #30), instead of July 22, 2016 (Document #6). The confirmation order dated February 3, 2017 remains in full force and effect with the only change being the date of the confirmed plan.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

Case Administrator to serve:
 All Parties Listed on the Mailing List

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-22722-GLT
Mark R. Sturges                                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: llea              Page 1 of 1           Date Rcvd: Feb 17, 2017
                              Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db             +Mark R. Sturges,   583 Valley View Road,    Eighty Four, PA 15330-2465
14318840       +Bank of America N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14263394       +KML Law Group,   700 Market St.,    Philadelphia, PA 19106-2312
14263395       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,   Coral Gables, FL 33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14277043        E-mail/Text: camanagement@mtb.com Feb 18 2017 02:03:37    Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
14263396        E-mail/Text: camanagement@mtb.com Feb 18 2017 02:03:37    M&T Bank,   PO Box 900,
                 Millsboro, DE 19966
                                                                                    TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
          Amy L. Zema   on behalf of Debtor Mark R. Sturges amy@zemalawoffice.com
          James Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew John McClelland   on behalf of Creditor   Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                     TOTAL: 6