# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    **Debtor:** MARK R. STURGES
    **Case Number:** 16-22722-GLT      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, NOVEMBER 09, 2017 09:00 AM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matters:*

1) #40 - Trustee's Certificate of Default to Dismiss
    R / M #: 40 / 0

2) #43 - Amended Plan Dated 10-2-17 (FC)
    R / M #: 43 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz    [signature: Zema]

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to 2/8/18 at 10:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
        Objections are due on or before _____.
        A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: