# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** MARK R. STURGES
**Case Number:** 16-22722-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matters:*

1) #40 - Continued Trustee's Certificate of Default to Dismiss
   R / M #: 40 / 0

2) #45 - Amended Plan Dated 11-21-17 (FC)
   R / M #: 45 / 0

## *Appearances:*

Debtor:    *Jema*
Trustee: Winnecour / (Pail) / Katz

Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/12/18 at 9:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/31/2018    4:07:27PM