# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MARK R. STURGES
**Case Number:** 16-22722-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 12, 2018  09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matters:

2) #45 - Continued Confirmation of Plan Dated 11/21/2017 (FC)
R / M #: 45 / 0

1) #40 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 40 / 0

### Appearances:    Zema

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

RECEIVED 2018 APR 12 P 2:47 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: #40 Order recommended dismissing case.

No pmt since 11/17

T consents

Debtor / counsel have no defense.

4/6/2018    3:17:46PM