**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARK R. STURGES

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:16-22722 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/22/2016 and confirmed on 09/02/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,422.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,422.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,790.27 | |
|     Trustee Fee | 628.67 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,418.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 11,693.06 | 0.00 | 11,693.06 |
|     Acct: 7781 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 10,024.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 7781 | | | | |
| | | | | 11,693.06 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK R. STURGES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 3,250.00 | 2,790.27 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX GLT | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 650.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7781 | | | | |
| | | | | 310.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   BANK OF AMERICA NA | 337.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 5147 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS     12,003.06

TOTAL CLAIMED
PRIORITY     960.00
SECURED     10,024.82
UNSECURED     337.70

Date: 05/21/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com